UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDRO CRUZ PUPO, | Case No. 2:26-cv-00407-SPG (MAR) |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| ERNESTO SANTACRUZ ET AL, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** Petitioner's petition and **ORDERING** Respondents to (1) release Petitioner unless he has been provided with a bond hearing under 8 U.S.C. § 1226(a) and (2) file a notice of compliance advising how they complied with the District Court's Order within one day.

Dated: March 27, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE