JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDRO CRUZ PUPO, | Case No. 2:26-cv-00407-SPG-MAR |
| Petitioner, | |
| v. | **JUDGMENT** |
| ERNESTO SANTACRUZ ET AL, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are ordered to release Petitioner unless Respondents have provided Petitioner with a bond hearing under 8 U.S.C. § 1226(a), and Respondents are ordered to file a notice of compliance advising how they complied with the District Court's Order within one day.

Dated: March 27, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE